## Tom RHODES v. STATE.
### No. 15240.

Court of Criminal Appeals of Texas.
March 9, 1932.

Martin, Shipman & Winters, of Abilene, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, J.

Conviction for burglary; punishment, two years in the penitentiary.

Appellant has filed his affidavit asking that his appeal be dismissed. The request is granted. The appeal is dismissed.

## Manuel SALINAS v. STATE.
### No. 15213.

Court of Criminal Appeals of Texas.
March 30, 1932.

B. L. Palmer, of Houston, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, P. J.

Unlawfully selling intoxicating liquor is the offense; penalty assessed at confinement in the penitentiary for one year.

The record is void of a statement of facts. No errors in the procedure have been disclosed by the record.

The judgment is affirmed.

## George Allen VANCE v. STATE.
### No. 15039.

Court of Criminal Appeals of Texas.
March 16, 1932.

H. G. Tooker, of Gilmer, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, J.

Conviction for selling intoxicating liquor; punishment, one year in the penitentiary.

The record is here without statement of facts or bills of exception. The proceedings appear to be regular.

The judgment will be affirmed.